SCHEDULE A TO MOTION FOR FINAL DEFAULT JUDGMENT

| Def. No. | Defendant Name |
|---:|---|
| 3 | tuning-fanatics-shop |
| 5 | samnu-252 |
| 9 | swbikespares |
| 10 | houseofravens |
| 11 | yew.fashion20 |
| 12 | coruma |
| 14 | r2softair |
| 15 | k.g.electronic |
| 16 | wu3419 |
| 17 | comebackseller2019 |
| 18 | anglo-forro |
| 19 | welove222 |
| 20 | the-fabrication-shop |
| 21 | sharkmegastore |
| 22 | hixon_tech |
| 23 | fgal_us_rajbyro78 |
| 24 | wlydgh |
| 25 | mmpart2014 |
| 26 | ronda-carpart |
| 30 | autobot-parts |
| 33 | dealit2014 |
| 35 | joyroom_store_es |
| 36 | blauertacho4u |
| 40 | hkseller2015 |
| 41 | angle2019 |
| 42 | ten_star_gates |
| 46 | wanglei_888 |
| 47 | fukluksaufr |
| 48 | naroc59 |
| 54 | saint0807 |
| 55 | rainbowwalking |
| 56 | eshopbestdeals |
| 57 | tuyehu-20 |
| 58 | led-world2007 |
| 61 | madmax2john |
| 65 | auto-lec_savers |
| 68 | atti_igna |
| 69 | bestshop19 |
| 70 | rfi-racing |
| 71 | dreamilydeal |
| 73 | ridewill-ebay |
| 74 | mindyshop777 |

SCHEDULE A TO MOTION FOR FINAL DEFAULT JUDGMENT

| | |
|---|---|
| 76 | fenggroup |
| 78 | crosshairsinternational |
| 79 | diycarserviceparts |
| 81 | yang_9755 |
| 82 | angieshop-717 |
| 87 | helo_vk49 |
| 88 | onlinex_es |
| 92 | greelite |
| 93 | ecarparts2018 |
| 95 | brightyrworld |
| 97 | autopartsmarket-en |
| 98 | blissful01 |
| 99 | axeco*parts |
| 101 | 2015ilbacha |
| 103 | fitnessconnection4u |
| 104 | olaxelectronics |
| 105 | kindly22 |
| 106 | emily154 |
| 107 | greenforcecells |
| 109 | ultra-hids |
| 111 | tshir_97 |
| 112 | servetsstore |
| 114 | we-608766 |
| 115 | lionknivesco |
| 116 | gimadus-55 |
| 117 | toolitetools |
| 118 | nuraded-0 |
| 121 | icomtools1 |
| 122 | jingtai-online |
| 125 | wnb-pro-tools |
| 126 | radley-333-9 |
| 128 | ht-4x4 |
| 132 | amydefario |
| 134 | czmarket001 |
| 135 | yzho81 |
| 136 | 4h_enterprise |
| 140 | autoled2016 |
| 141 | valley-lighting |
| 145 | xbrightsidex |
| 148 | led-prinz |
| 149 | vanto6303 |
| 151 | samarajeewamkumu0 |
| 152 | luilu-ca-eqafpjrb |

SCHEDULE A TO MOTION FOR FINAL DEFAULT JUDGMENT

| | | |
|---|---|---|
| | 154 | make_buyer_happy |
| | 157 | carshop1 |
| | 159 | global_parts_wholesalers_gpw |
| | 162 | meagr_26 |
| | 163 | slgtraders |
| | 165 | shineautohidled_21145 |
| | 167 | catchabargain2021 |
| | 168 | spr-cameras |
| | 169 | custommotorcompany |
| | 170 | franbig0 |
| | 171 | chincheap |
| | 173 | red9090 |
| | 174 | best-pesca-shop |
| | 176 | pandunchui |
| | 177 | rapid2you |
| | 179 | wise_jo98lp |
| | 181 | mangomanish |
| | 182 | limefrogbathrooms |
| | 183 | just*valves*j3 |
| | 184 | nechamrote_0 |
| | 187 | transparent_shopping1 |
| | 188 | oduhcv |
| | 190 | onttouk |
| | 193 | alnacommodities_ptyltd |
| | 196 | maxthonly |
| | 197 | all-types-of-spares_uk |
| | 199 | probike838 |
| | 200 | proled67 |
| | 202 | bestbuy3737 |
| | 203 | mintonlight |
| | 204 | classicbritishstores |
| | 205 | fr180316 |
| | 206 | bagofixil |
| | 207 | led-mafia |
| | 210 | knowleyudll_32 |
| | 212 | wilcomp_au |
| | 213 | hiran1978 |
| | 214 | hafgi_73 |
| | 215 | junhe2022 |
| | 216 | odgrin0 |
| | 217 | ritri_1758 |
| | 220 | motorseamus |
| | 223 | number-1-store88 |

SCHEDULE A TO MOTION FOR FINAL DEFAULT JUDGMENT

| | |
|---|---|
| 224 | chromebits |
| 225 | chinthakaestore |
| 226 | jaselva-71 |
| 227 | bestbuy-malls |
| 228 | dealsvintageparts |
| 229 | motobuy666 |
| 230 | brixiamoto |
| 233 | selltwohannah |
| 234 | next-day-delivery-ireland |
| 238 | superall2021 |
| 240 | cosmoing2020 |
| 243 | qgfsfc |
| 244 | tuce-44 |
| 245 | mi*over93 |
| 247 | deilye |
| 248 | homeaffiars |
| 249 | adam_mcwilliams1992 |
| 251 | emmagrundee |
| 254 | redevil1freddie |
| 258 | offertvip |
| 260 | jw6-67 |
| 261 | bankrupt_bike_parts |
| 262 | s3ller007 |
| 267 | motodak |
| 269 | best*buy*us |
| 270 | londoncolour |
| 272 | bunker_shop |
| 274 | infotech86 |
| 276 | myidbest |
| 278 | jaydabe62 |
| 280 | machead_outdoor |
| 281 | polights_uk |
| 284 | findproductau |
| 286 | motoriuk |
| 287 | goldpartner-automitive |
| 289 | candy_lin60 |
| 291 | laramatar11 |
| 292 | s.ray86x |
| 297 | coco-tree |
| 299 | dmautoparts2009 |
| 300 | led-werbebeleuchtung-germany |
| 301 | iesunled |
| 302 | designersap |

SCHEDULE A TO MOTION FOR FINAL DEFAULT JUDGMENT

| | |
|---|---|
| 303 | pi2945 |
| 304 | kobert-goods-online |
| 306 | kky_enterprises |
| 307 | zackkh_55 |
| 308 | workboots-direct |
| 309 | piscineepiscine |
| 310 | 786trend_setter |
| 311 | litchi_t |
| 315 | superlightstore |
| 318 | errebishop_com |
| 320 | sangomas666 |
| 324 | retro_canada |
| 327 | argocityltd09 |
| 329 | bluestuffedgiraffe |
| 330 | fatimaalawie |
| 333 | sati_store |
| 337 | impactanne.6 |
| 338 | vintage1972-1972 |
| 339 | capomarket |
| 340 | speedhelp |
| 342 | bits4work |
| 343 | 2009dani1980 |
| 348 | rouxit_car_lighting |
| 350 | xxsleepw-36 |
| 358 | ht-4x4 |
| 359 | opticfireuk |
| 360 | bikeco_uk |
| 361 | yahuachinaimporta0 |
| 362 | component-shop |
| 363 | everything_pi |
| 364 | bossvisionaus |
| 365 | adminmoosh |
| 366 | bermingh123 |
| 367 | excessstocklimited |
| 369 | gorgigo |
| 371 | atihan_1 |
| 372 | nizi192 |
| 373 | autobits_uk |
| 374 | onttoau1 |
| 378 | tianruida_auto |
| 379 | banark0 |
| 380 | haoyi-dongxing |
| 381 | stuffshop99 |

SCHEDULE A TO MOTION FOR FINAL DEFAULT JUDGMENT

| | |
|---|---|
| 383 | jpzh11-uk |
| 384 | ayar_store |
| 385 | paxmelas |
| 388 | asc_group |
| 390 | imihai80 |
| 392 | westerninternational |
| 393 | haitwo9 |
| 394 | stopower |
| 395 | happy_trade699 |
| 396 | maeerxu888 |
| 397 | aaj2305 |
| 398 | hixon_power |
| 399 | mit.liebe.einkaufen |
| 400 | beta-box |
| 401 | rtvelectronicuk |
| 402 | rescue-point |
| 406 | luckyhomede |
| 410 | qiyi6130 |
| 411 | vcamdo-us |
| 414 | lomboparts |
| 417 | tianzhu.mountain |
| 419 | atiasmarket |
| 422 | bargainoutlet2022 |
| 423 | eledia |
| 424 | flzelectronic |
| 425 | autozensation |
| 426 | scotjamiso0 |
| 428 | btcmobiled |
| 432 | mr.led_64 |
| 433 | enq626 |
| 436 | ts3_14 |
| 438 | buyitnpw |
| 440 | usacandeal |
| 441 | jietiankeji5 |
| 442 | wenjualon-0 |
| 443 | amahid-49 |
| 444 | stock-us |
| 445 | auto999 |
| 447 | motorpartssolution |
| 451 | luxxdillio |
| 452 | partbusters |
| 453 | sellerandbuyerisrael |
| 454 | okosales |

SCHEDULE A TO MOTION FOR FINAL DEFAULT JUDGMENT

| | |
|---|---|
| 455 | alter4377 |
| 456 | led_sun |
| 457 | sklizstore |
| 459 | boblov_official_store |
| 460 | the_liquidator |
| 461 | thephotographyshop |
| 462 | epictools |
| 463 | noobsmartstore |
| 468 | twodayparts |
| 469 | boltonbits |
| 472 | sameasyou2 |
| 473 | zssf_38 |
| 477 | buhaej-0 |
| 480 | chengtianyang |
| 481 | wheelsnbitsltd |
| 482 | business_store31 |
| 483 | curs_online |
| 484 | dfbtrade |
| 485 | fxd2023 |
| 487 | worldcarmirrors |
| 488 | axa_001 |
| 489 | netwares |
| 491 | lemona_electronics |
| 492 | ibargoia |
| 493 | lbsystemz |
| 495 | donemean |
| 497 | summerkine2012 |
| 498 | vipautoleds |
| 500 | ardillion |